Outlook

### Re: CA71 _ E2549414 _ KENG LI CHAN _ CONTESTING

| | |
|---|---|
| From | Chris <kenglichan66@gmail.com> |
| Date | Tue 8/26/2025 6:53 PM |
| To | Cori Boren <CBoren@caed.uscourts.gov> |
| Cc | AOTX Cvbinfo <cvbinfo_cvb@cvb.uscourts.gov> |

**CAUTION - EXTERNAL:**

Good morning

Thank you for the court date details set for 2nd Sep.

I would first like to express my sincere apologies and regret for incurring this traffic violation.

I was fined for speeding on 1st June 2025, at 0940 along Daylight pass Road in Death Valley, California. I acknowledge that I was travelling above the speed limit of 45mph.

My girlfriend was feeling faint from the heat, as it was at 102F that morning. I was afraid she might pass out, hence put her in the car and was rushing to the nearest place that we could get some food and drinks at, which was also in the direction of where our accommodation was in Bishop. I was pulled over while I was trying to get there. I sincerely apologise for going above the speed limit, and did not intend to commit this offence.

As I am based outside of the US, may I ask if there is a possibility to attend virtually, or if I'm required to attend?

Thank you.

Regards,
Chris



On Tue, 5 Aug 2025 at 12:30 AM, AOTX Cvbinfo <cvbinfo_cvb@cvb.uscourts.gov> wrote:

> Good morning,
>
>
> Please contact the court at the #/email provided below to request a virtual hearing. Also, please note that this ticket is an optional appearance. If paid in full on or

before the court date then appearance is not required.

The amount may increase, decrease, or stay the same depending on the court.

Thank you.

For more information, contact the Central Violations Bureau at 800-827-2982 ext. 0 (Mon - Fri, 8a - 6 pm/central standard time).

---

**From:** Chris <kenglichan66@gmail.com>
**Sent:** Saturday, August 2, 2025 1:11 AM
**To:** AOTX Cvbinfo <cvbinfo_cvb@cvb.uscourts.gov>; Cori Boren <CBoren@caed.uscourts.gov>
**Subject:** Re: CA71 _ E2549414 _ KENG LI CHAN _ CONTESTING


**CAUTION - EXTERNAL:**


Good morning

Thank you for the confirmation of the court date.

As I am based outside of the US, may I ask if there is a possibility to attend virtually, or if I'm required to attend?

Also may I ask if the value of the fine remains the same should my appeal fail.

Regards,

Chris

On Sat, 2 Aug 2025 at 3:05 AM, AOTX Cvbinfo <cvbinfo_cvb@cvb.uscourts.gov> wrote:

> Good afternoon,
>
> A court date has been scheduled for **09/02/2025 at 09:00a.m.** A notice to appear with court details will be mailed out today.
>
> Please contact the court **after 08/18/2025** at **661-326-6624 or via email to cboren@caed.uscourts.gov** to verify receipt on their end and if appearance is required to contest.
>
> Thank you.
>
> For more information, contact the Central Violations Bureau at 800-827-2982 ext. 0 (Mon - Fri, 8a - 6 pm/central standard time).
>
> ---
>
> **From:** Chris <kenglichan66@gmail.com>
> **Sent:** Friday, August 1, 2025 12:47 AM
> **To:** AOTX Cvbinfo <cvbinfo_cvb@cvb.uscourts.gov>
> **Subject:** Re: CA71 _ E2549414 _ KENG LI CHAN _ CONTESTING - VIOLATION NOT HERE YET
>
> **CAUTION - EXTERNAL:**
>
> Good Morning Sir/Mdm
>
> I have just double checked the system, and my violation has now appeared to be processed.
>
> My sincere apologies for incurring this violation. I was fined for speeding on 1st June 2025, at 0940 along Daylight pass Road in Death Valley, California. I acknowledge that I was travelling

above the speed limit of 45mph.

My girlfriend was feeling faint from the heat, as it was at 102F that morning. I was afraid she might pass out, hence put her in the car and was rushing to the nearest place that we could get some food and drinks at, which was also in the direction of where our accommodation was in Bishop. I was pulled over while I was trying to get there. I sincerely apologise for going above the speed limit, and did not intend to commit this offence.

I would like to seek your kind assistance to advise if I can appeal for this offence.

Regards,

Keng Li (Chris)

On Tue, 24 Jun 2025 at 5:04 AM, AOTX Cvbinfo <cvbinfo_cvb@cvb.uscourts.gov> wrote:

> Good afternoon,
>
> This violation has not been processed. It usually takes about 6-8 weeks, **(or longer in most cases)**, for our office to receive and process them because we handle all federal violations nationwide. Once processed a court date will be assigned if not indicated on the ticket and it has not been paid. It is this court date in which you will have the opportunity to contest the violation. And about 30 days before the court date a notice to appear with court details is mailed out.
>
> Keep in mind that providing this statement does not excuse an appearance. But as a courtesy, our office will scan/upload this email to the violation once processed. Be advised, this does not guarantee that the court will review it before the court date. Please remember to follow up with the court a few days before your court date to verify receipt on their end and if appearance is required to contest.
>
> Thank you.

For more information, contact the Central Violations Bureau at 800-827-2982 ext. 0 (Mon - Fri, 8a - 6 pm/central standard time).

---

**From:** kenglichan66@gmail.com <kenglichan66@gmail.com>
**Sent:** Sunday, June 22, 2025 3:25 AM
**To:** info@cvb.uscourts.gov
**Subject:** Kind Request to appeal Violation Notice E2549414

**CAUTION - EXTERNAL:**

Hi CVB

My sincere apologies for incurring this violation, and the inconvenience in processing my case. I was fined for speeding on 1st June 2025, at 0940 along Daylight pass Road in Death Valley, California. I acknowledge that I was travelling above the speed limit of 45mph.

My girlfriend was feeling faint from the heat, as it was at 102F that morning. I was afraid she might pass out, hence put her in the car and was rushing to the nearest place that we could get some food and drinks at, which was also in the direction of where our accommodation was in Bishop. I was pulled over while I was trying to get there. I sincerely apologise for going above the speed limit, and did not intend to commit this offence. I would like to seek your kind assistance to advise if I can appeal for this offence.

Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.